# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. ACT. NO. 1:19-cr-051-TFM-B |
| | ) | |
| TYLER SCOTT DAVIS | ) | |

## ORDER

Pending before the Court is the *Emergency Motion for Reduction of Sentence Pursuant to 18 USC 3582(c)(1)(A)(i),* (Doc. 45), the *United States' Response in Opposition to Davis's Motion Pursuant to 18 USC 3582(c)(1)(A)(i) (doc 48)* and *Davis' Reply to the Government's Response in Opposition* (doc 51). The *Emergency Motion for Reduction of Sentence Pursuant to 18 USC 3582(c)(1)(A)(i),* (Doc. 45) is DENIED for the reasons stated in the *United States' Response in Opposition to Davis's Motion Pursuant to 18 USC 3582(c)(1)(A)(i) (doc 48).* The Court finds it has the power to grant the relief sought by defendant Davis but declines to do so.

**DONE** and **ORDERED** this 29th day of June 2020.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE